UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

| | |
|---|---|
| N.N., by his parent, A.N.; T.G., by her parent, P.G.; A.H., by her parent, S.H.; T.W., by her parent H.M.; Y.R. by her parent, E.R.; on behalf of themselves and all persons similarly situated,<br><br>Plaintiffs,<br><br>- vs -<br><br>ROCHESTER CITY SCHOOL DISTRICT AND THE BOARD OF EDUCATION OF THE ROCHESTER CITY SCHOOL DISTRICT,<br><br>Defendants. | **NOTICE OF MOTION FOR CLASS CERTIFICATION AND APPROVAL OF NOTICE**<br>Civil Action No. 19-cv-6526-DGL |

**PLEASE TAKE NOTICE** that pursuant to Fed. R. Civ. P. 23, Local Rule 23, and upon the Declaration of Carolyn Nussbaum, dated November 18, 2020, the Declaration of Jonathan Feldman, dated November 17, 2020, the Declaration of Bryan Hetherington, dated November 17, 2020, the Declaration of Maggie R. Robb, dated November 17, 2020, the Declaration of Elizabeth Li, dated November 16, 2020, the Declaration of Amy Tata, dated November 16, 2020, the Declaration of Bill Anglin, dated November 16, 2020, the Declaration of Karl Kania, dated November 16, 2020, the Declaration of Mike Sausa, dated November 16, 2020, the Declaration of Nathan Dederick, dated November 16, 2020, the Declaration of Thomas Moughan, dated November 14, 2020, the Declaration of Karen Tucker, dated November 16, 2020, the Declaration of Karl Kristoff, dated November 16, 2020, and the exhibits attached thereto, the Memorandum of Law in Support of Motion for Class Certification and Approval of Notice to the Class of Settlement, and all pleadings and prior proceedings relating thereto, Plaintiffs will move the Court before the Hon. David G. Larimer at the United States District Court for the Western

District of New York, 100 State Street, Rochester, New York on _____ __, 2020, at __:__ _.m., for an Order (i) certifying the classes and subclasses described below, pursuant to Federal Rule of Civil Procedure 23(a) and 23(b)(2); (ii) determining that notice of a proposed settlement is appropriate pursuant to Rule 23(e)(1); (iii) approving the form and manner of notice to the classes and subclasses of the proposed settlement of the action as reasonable, (iv) scheduling a fairness hearing pursuant to Rule 23(e) to determine that the settlement is fair, reasonable and adequate, and (v) for such other and further relief as this Court deems just and proper:

> *MAIN CLASS 1*:  All students with disabilities who were in the last two years, are now, or will be subject to the jurisdiction of the Rochester City School District Committee on Special Education who were not, are not being, or will not be properly evaluated for special education and related services as required by law.
>
>> *SUBCLASS 1.1*: All such students who were, are now, or will be, potentially eligible for special education and related services, but were not, are not, or will not be, located, evaluated, and/or identified due to a systemic failure of RCSD to follow Child Find laws.
>>
>> *SUBCLASS* 1.2: All such students who did not, do not, or will not, receive initial eligibility determinations for special education and related services within 60 days of the Committee on Special Education receiving parental consent for evaluations because of systemic failures to determine their eligibility within the required timeframe.
>>
>> *SUBCLASS* 1.3: All such students who did not, or will not, have a Manifestation Determination Review following proposed suspensions, as required by law.
>
> *MAIN CLASS 2*:  All students with disabilities who were in the last two years, are now, or will be subject to the jurisdiction of the Rochester City School District Committee on Special Education who did not, do not, or will not receive legally required special education and related services.

- 3 -

*SUBCLASS 2.1*: All such students who were, are now, or will be, potentially eligible for special education and related services, but have not, do not, or will not, receive the special education programs and services listed on their Individualized Education Programs because of a systemic failure of RCSD to adequately plan for the known placement and programming

*SUBCLASS 2.2*: All such, students who were, are now, or will be, denied their educational programs and services in the least restrictive environment because of a systemic failure of RCSD to adequately plan for the needs of students classified with disabilities.

*SUBCLASS 2.3*: All such students who were, are now, or will be, potentially eligible for individualized, outcome-oriented transition goals and services on their Individualized Education Programs, but have not, do not, or will not, receive individualized, outcome-oriented transition goals and services because of a systemic failure of RCSD to adequately plan for transition services and programming needs of these students.

*MAIN CLASS 3*:  The parents of students with disabilities who were in the last two years, are now, or will be subject to the jurisdiction of the Rochester City School District Committee on Special Education who have been or may be denied meaningful opportunities to participate in the education of their children as required by law.

*SUBCLASS 3.1*: All such parents whose right to meaningful participation in the education process has been denied because of RCSD's systemic failure to translate critical documents into the parent's native language.

*SUBCLASS 3.2*: All such parents whose right to parent training and counseling has been denied because of RCSD's systemic failure to provide this related service.

As all Parties have stipulated to the relief requested in this Motion, there is no anticipated need to for any Party to file and serve opposition or reply papers pursuant to Local Rule 7(a)(1).

Dated: November 18, 2020
         Rochester, New York

**NIXON PEABODY LLP**

/s/ Carolyn Nussbaum
Carolyn G. Nussbaum, Esq.
1300 Clinton Square
Rochester, New York 14604
Tel.: (585) 263-1558
cnussbaum@nixonpeabody.com

**EMPIRE JUSTICE CENTER**

/s/ Maggie Robb
Maggie R. Robb, Esq.
Jonathan Feldman, Esq.
1 West Main Street, Suite 200
Rochester, New York 14614
Tel.: (585) 295-5724
mrobb@empirejustice.org
jfeldman@empirejustice.org

*Attorneys for Plaintiffs*